IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KATZ 21 STEAKHOUSE, P.O.E.T.S., BAIR'S DEN and TRACORP, INC., | § § § | |
| Plaintiffs, | § § | Civil Action No. C-05-047 |
| v. | § § § | |
| THE CITY OF CORPUS CHRISTI, | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

As this case is now MOOT, the Court hereby DISMISSES this action in its entirety.

SIGNED and ENTERED this 6th day of September, 2006.

_____
Janis Graham Jack
United States District Judge